HELEN WINDSOR, Respondent, v. JOHN WINDSOR, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

RALPH WEEKS et al., Respondents, v. WALTER F. BURKE, Individually and as President and General Business Representative of Gasoline Station and Parking Attendants' Union of Greater New York and Vicinity, Local 917, et al., Appellants.— No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPHINE PARKAS, Respondent, v. PETER PARKAS, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Readjustment, Modification or Reorganization of the Rights of Holders of Mortgage Investments Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY (Series N-110). C. LIONEL MARCUS, Appellant. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as LIQUIDATOR OF NEW YORK TITLE & MORTGAGE COMPANY, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.

HANS BARTSCH, Respondent, v. SELECT THEATRES CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of JOSEPH HORNSTEIN et al., as Executors of MAX REINHOLD, Deceased, Appellants. FRANK KLEINHOLZ et al., as Executors of FANNIE REINHOLD, and as Testamentary Guardians of ROBERT C. REINHOLD, Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FORD MOTOR COMPANY, Respondent, v. PHOEBE WEINBERG et al., Appellants, Impleaded with Another.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROSE KAPLAN v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SHABBONA CRESTON OIL & GAS CORPORATION v. GRACE R. E. DOHERTY.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MORIZ OESTERREICHER v. JACQUES OESTERREICHER.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.